UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARL ALONZO BROOKS,<br><br>                Plaintiff,<br><br>  v.<br><br>NANCY TENNEY, et al.,<br><br>                Defendant. | CASE NO. 2:24-cv-01704-JHC-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation (R&R) of Magistrate Judge David W. Christel, Dkt. # 5, and the remaining record, does hereby find and ORDER:

(1)    Plaintiff did not file an objection to the R&R. The Court agrees with the R&R and thus adopts it.

(2)    Plaintiff has incurred at least three "strikes" under 28 U.S.C. § 1915(g) and is thus ineligible to proceed *in forma pauperis* ("IFP"). Thus, Plaintiff's IFP Motion (Dkt. 4) is DENIED and Plaintiff is directed to pay the $405.00 filing fee within 30 days of this Order. Plaintiff is advised that failure to pay the filing fee by that date will result in dismissal without prejudice.

(3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

**DATED** this 16th day of December, 2024.

JOHN H. CHUN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1