UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARL ALONZO BROOKS,<br><br>Plaintiff,<br><br>v.<br><br>NANCY TENNEY; COREY ENDO,<br><br>Defendants. | CASE NO. 2:24-cv-01704-JHC<br><br>ORDER |

Before the Court is Plaintiff's "Motion to Stay Order to Adopt Report and Recommendation." Dkt. # 7. The Court GRANTS the motion. Plaintiff has until July 1, 2025, to pay the $405 filing fee in this matter.

Dated this 31st day of December, 2024.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 1