UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARL ALONZO BROOKS,<br><br>                Plaintiff,<br><br>   v.<br><br>NANCY TENNEY; COREY ENDO,<br><br>                Defendants. | CASE NO. 2:24-cv-01704-JHC-DWC<br><br>ORDER |

      This matter comes before the Court on pro se Plaintiff's "Motion for Continued Stay of Order to Adopt Report and Recommendations Docket No. 7." Dkt. # 11. The Court has considered the motion, the rest of the file, and the governing law. Being fully advised, for the reasons below, the Court DENIES the motion and DISMISSES this matter without prejudice.

      Plaintiff commenced this matter over nine months ago in October 2024. Dkt. # 1. He does not dispute that he must pay the filing fee. The Report and Recommendation recommended that he be given until close the end of 2024 to pay the fee. Dkt. # 5. He did not pay the fee by then. This Court granted Plaintiff's motion to stay at Dkt. # 10 and gave him until July 1, 2025, to pay the fee. Dkt. # 10. He did not pay the fee by then. He now requests a stay until January 2, 2026 – a date over 14 months after he started this action. Dkt. # 11. The Court believes that such a stay would be unreasonable.

ORDER - 1

Given the foregoing, the Court DENIES the motion and DISMISSES this matter without prejudice.

**DATED** this 17th day of July, 2025.

JOHN H. CHUN
United States District Judge

ORDER - 2